# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| **Ronnie Bryant,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | Civil Action No.: 4:11-cv-01564-JMC |
| **Kimberly Carroll Page, On Behalf Of The** ) | |
| **Estate Of Danny Carroll,** ) | |
| **Concord Regional Flight Services, LLC, and** ) | |
| **Robert O'Neale, III,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## JUDGMENT IN FAVOR OF
## DEFENDANTS CONCORD AND O'NEALE

Having been advised that Plaintiff Ronnie Bryant concedes that his Complaint against Defendant Robert S. O'Neale, III, and Defendant Concord Regional Flight Services, LLC (collectively, "Defendants"), is preempted by § 44112 of the Federal Aviation Act ("FAA"), 49 U.S.C. § 44112, the court hereby enters judgment as a matter of law in the above captioned matter in favor of Defendants on the basis of federal preemption. Each party to this consent judgment shall bear its own costs and fees.

**IT IS SO ORDERED**.

*J. Michelle Childs*

United States District Judge

October 11, 2012
Florence, South Carolina